# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Christine Corey and Joseph Corey, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.:  3:12-cv-30050-MAP |
| Educational Credit Management Corp.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Educational Credit Management Corp. and DOES 1-10, inclusive, with prejudice and without costs to any party.

| Christine Corey and Joseph Corey | Educational Credit Management Corp. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ John F. White_____ |
| Sergei Lemberg, Esq. | John F. White, Esq. |
| BBO No.: 650671 | Lipman & White |
| LEMBERG & ASSOCIATES | 171 Rockland Street, Ste. 201 |
| 1100 Summer Street, 3rd Floor | Hanover, MA 02339 |
| Stamford, CT  06905 | Tel  781-924-5678 |
| (203) 653-2250 | Fax  888-733-4145 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 6, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent electronic notice of such filing to the following:

John F. White, Esq.
Lipman & White
171 Rockland Street, Ste. 201
Hanover, MA 02339

                                       By /s/ Sergei Lemberg_____
                                            Sergei Lemberg